IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 4:19 CR 457 |
| v. | ) | |
| | ) | Title 18, United States Code, |
| DOUGLAS A. OBLINGER, | ) | Section 641 |
| | ) | |
| Defendant. | ) | JUDGE POLSTER |

COUNT 1
(Theft of Government Property, 18 U.S.C. § 641)

The Grand Jury charges:

From in or around May 2010 and continuing until in or around September 2015, in the Northern District of Ohio, Eastern Division, Defendant DOUGLAS A. OBLINGER, in a continuing course of conduct, willfully and knowingly did steal, purloin and convert to his own use, without authority, dispose of property of the United States exceeding $1,000.00 in value, belonging to the United States Social Security Administration, an agency of the United States, to wit: Title II Retirement Insurance benefits, in the amount of approximately $59,105.44, in violation of Title 18, United States Code, Section 641.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.